UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial Day 1**

Case Number: 6:06-CV-1532-ORL-35KRS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** ex rel. **GREGORY CHABOT,** as qui tam Plaintiff, | | **Plaintiff's Counsel:** | Kevin Darken |
| **Plaintiffs,** | | | |
| -v- | | | |
| **ROBERTO PEREDES, STEVE JONES,** and **STEVE JONES HOMES, INC.** | | **Defense Counsel:** | Damon A. Chase James D. Fuller |
| **Defendants.** | | | |
| Judge: | **Mary S. Scriven** | Court Reporter: | Koretta Stanford |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | March 15, 2010 | Time: | 9:45 am to 4:35 pm |

| | |
|---|---|
| 9:45 am | Convene |
| | Appearances |
| | Court takes up matters with counsel. |
| | 7 jurors will be seated. |
| 10:05 am | Jury brought up. |
| 10:08 am | *Voir dire begins* |
| 10:54 am | Break |
| 11:07 am | Resume/striking |
| 11:12 am | Jury brought in. |
| 11:15 am | *Final Jury panel seated and sworn.* |
| 11:16 am | Preliminary Instructions to the Jury. |
| | Rule invoked. |
| 11:25 am | Plaintiff's Opening Argument |
| 11:42 am | Defense Open Argument |
| 11:55 am | Lunch for jury |
| 11:57 am | Court takes up matters with counsel. |
| 12:00 pm | Lunch |
| 1:05 pm | Resume |
| 1:52 pm | Jury brought in. |
| 1:53 pm | **Video Deposition of Steven Jones played**. |
| 3:00 pm | Break |
| 3:22 pm | Resume |
| | continue with video deposition of Steven Jones |
| 3:38 pm | **Steve Jones - sworn** |

|          |                                          |
|----------|------------------------------------------|
|          | Direct by Plaintiff                      |
| 4:05 pm  | Cross by Defense.                        |
| 4:20 pm  | Re-direct by Plaintiff.                  |
| 4:25 pm  | Jury released until tomorrow at 9:00 am. |
|          | Court takes up matters with counsel.     |
|          | Closings - 30 minutes per side.          |
| 4:35 pm  | Adjourned until 9:00 am.                 |