We need clarification of Statute 320.8249 Section 15C

Does a contractor or business person need to be licensed as a mobile home installer to hire a mobile home installer in the state of Florida.

Debbie Farrar