UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
**ex rel. GREGORY CHABOT,**

    **Plaintiff,**

v.

**STEVE JONES HOMES, INC.,**

    **Defendant.**

Case No: 6:06-CV-1532-Orl-35KRS

_____/

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Plaintiff, Gregory Chabot, has proven that Defendant, **STEVE JONES HOMES, INC.**, knowingly presented or caused to be presented a materially false or fraudulent claim to the Federal Emergency Management Agency ("FEMA") on November 8, 2004?

Yes _____   No __X__

Foreperson's Signature: _[signature]_
Date: _March 17, 2010_.